IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANA SHULLER, | : | CIVIL NO. 3:14-CV-2053 |
| | : | |
| Plaintiff, | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, SECRETARY | : | |
| OF CORRECTIONS, | : | |
| | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 3rd day of November 2014, upon consideration of the plaintiff's complaint (Doc. 1) pursuant to 42 U.S.C. § 1983, and in accordance with the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion to proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court